Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Allison Vana (Bar No. 228282)
avana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
MAR 29 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMZY FAKHOURY,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. CV10-7790 SVW (RZx)<br><br>[PROPOSED] ORDER DISMISSING OF ACTION WITH PREJUDICE<br><br>Complaint Filed: October 18, 2010 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs.

Dated: March 29, 2011

_____
Hon. Stephen V. Wilson
Judge, United States District Court

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

117372.1

1

Case No. CV10-7790 SVW (RZx)
[PROPOSED] ORDER DISMISSING OF
ACTION WITH PREJUDICE